# EXHIBIT 1

## Case Information

DC-17-06054 | GORREPATI FAMILY VENTURE LIMITED PARTNERSHIP vs. ZURICH NORTH AMERICA et al

| | | |
|---|---|---|
| Case Number<br>DC-17-06054 | Court<br>298th District Court | Judicial Officer<br>TOBOLOWSKY, EMILY |
| File Date<br>05/22/2017 | Case Type<br>INSURANCE | Case Status<br>OPEN |

## Party

**PLAINTIFF**
GORREPATI FAMILY VENTURE LIMITED PARTNERSHIP

Address
407 N Cedar Ridge
Duncanville TX 75116

Active Attorneys ▼
Lead Attorney
CARNAHAN, MICHAEL S
Retained

Work Phone
817-424-1001

Fax Phone
817-424-1003

---

**DEFENDANT**
ZURICH NORTH AMERICA

Address
BY SERVING REGISTERED AGENT CORPORATION SERVICE COMPANY
211 EAST 7TH STREET SUITE 620
AUSTIN TX 78701-3218

Active Attorneys ▼
Lead Attorney
ARNOLD, GEORGE HOWARD
Retained

Work Phone
713-403-8210

Fax Phone
713-403-8299

---

**DEFENDANT**
ZURICH AMERICAN INSURANCE COMPANY

Active Attorneys ▼
Lead Attorney

Address
BY SERVING REGISTERED AGENT
CORPORATION SERVICE COMPANY
211 EAST 7TH STREET SUITE 620
AUSTIN TX 78701-3218

ARNOLD, GEORGE
HOWARD
Retained

Work Phone
713-403-8210

Fax Phone
713-403-8299

---

DEFENDANT
NORTHERN INSURANCE COMPANY OF NEW YORK

Address
BY SERVING REGISTERED AGENT
CORPORATION SERVICE COMPANY
211 EAST 7TH STREET SUITE 620
AUSTIN TX 78701-3218

Active Attorneys ▼
Lead Attorney
ARNOLD, GEORGE
HOWARD
Retained

Work Phone
713-403-8210

Fax Phone
713-403-8299

## Events and Hearings

05/22/2017 NEW CASE FILED (OCA) - CIVIL

05/22/2017 ORIGINAL PETITION ▼

CT-#208438-v1-ocr_scan_pop.PDF

07/26/2017 ISSUE CITATION ▼

ISSUE CITATION
ISSUE CITATION
ISSUE CITATION

07/26/2017 CORRESPONDENCE - LETTER TO FILE ▼

LETTER TO ADMIN RE EXTENSION
 Comment

Case 3:17-cv-02266-B   Document 1-1   Filed 08/25/17   Page 4 of 6   PageID 11

TO COORDINATOR CONFIRMING EXTENSION

07/26/2017 CITATION ▼

Anticipated Server
ATTORNEY

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/28/2017
Anticipated Server
ATTORNEY

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/28/2017
Anticipated Server
ATTORNEY

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/28/2017
Comment
ATTY/DB

07/28/2017 RETURN OF SERVICE ▼

72817 Zurich American Ins Co.pdf

Comment
RETURN OF SERVICE ZURICH AMERICAN INS CO

07/28/2017 RETURN OF SERVICE ▼

72817 Northern Ins Co of New York.pdf

Comment
RETURN OF SERVICE NORTHERN INS CO OF NEW YORK

07/28/2017 RETURN OF SERVICE ▼

72817 Zurich North America.pdf

Comment
RETURN OF SERVICE ZURICH NORTH AMERICA

08/07/2017 Final Disposition Hearing ▼

NO ACTIVITY LETTER

NO ACTIVITY LETTER

Judicial Officer
TOBOLOWSKY, EMILY

Hearing Time
9:00 AM

Cancel Reason
BY COURT ADMINISTRATOR

08/18/2017 ORIGINAL ANSWER - GENERAL DENIAL ▾

ORIGINAL ANSWER

08/28/2017 Final Disposition Hearing ▾

NO ACTIVITY LETTER

NO ACTIVITY LETTER

Judicial Officer
TOBOLOWSKY, EMILY

Hearing Time
9:00 AM

Cancel Reason
BY COURT ADMINISTRATOR

## Financial

GORREPATI FAMILY VENTURE LIMITED PARTNERSHIP

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $311.00 |
| Total Payments and Credits | | | | $311.00 |
| 5/23/2017 | Transaction Assessment | | | $287.00 |
| 5/23/2017 | CREDIT CARD - TEXFILE (DC) | Receipt # 32434-2017-DCLK | GORREPATI FAMILY VENTURE LIMITED PARTNERSHIP | ($287.00) |
| 7/26/2017 | Transaction Assessment | | | $24.00 |

| 7/26/2017 | PAYMENT (CASE FEES) | Receipt # 46679-2017-DCLK | CHRISTIE DAVID | ($241.00) |

## Documents

CT-#208438-v1-ocr_scan_pop.PDF

NO ACTIVITY LETTER

NO ACTIVITY LETTER

ISSUE CITATION

ISSUE CITATION

ISSUE CITATION

NO ACTIVITY LETTER

NO ACTIVITY LETTER

LETTER TO ADMIN RE EXTENSION

72817 Zurich American Ins Co.pdf

72817 Northern Ins Co of New York.pdf

72817 Zurich North America.pdf

ORIGINAL ANSWER