IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 3:17-CV-02266

2. Style of case: GORREPATI FAMILY VENTURE V. ZURICH NORTH AMERICA ET AL

3. Nature of suit: 110 Contract: Insurance

4. Method of ADR used:    ☑ Mediation        ☐ Mini-Trial        ☐ Summary Jury Trial

5. Date ADR session was held: 12/7/2017

6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.        ☐ Settled, in part, as result of ADR
    ☑ **Settled as a result of ADR.**        ☐ Parties were unable to reach settlement.
    ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $1,500.00

8. Duration of ADR: FOUR HOUR   (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
    (Provider)

    James J. Juneau, Mediator              Scott M. Keller, Esq., Plaintiff counsel
    Dr. Krishna Gorrepati, Plaintiff        George H. Arnold, Esq., Defense counsel
    Bill Mote, Property Manager            David Edsey, Northern Ins. Co. of NY
    Michael S. Carnahan, Esq., Plaintiff counsel

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*James J. Juneau*
Signature                                                            December 8, 2017
                                                                     Date

12001 N. Central Expressway, Suite 650, Dallas, Texas  75243    (214)303-4500
Address                                                          Telephone

**Michael S. Carnahan, Esq.**
Carnahan Thomas LLP
1190 N. Carroll Avenue
Southlake, TX  76092
(817) 424-1001
(817) 424-1003

**Scott M. Keller, Esq.**
The Law Office of Scott M. Keller
3890 W. Northwest Hwy., Suite 650
Dallas, TX  75220
(214) 741-2963
(214) 741-2959

**George H. Arnold, Esq.**
Thompson Coe Cousins & Irons LLP
One Riverway, Suite 1400
Houston, TX  77056
(713) 403-8210
(713) 403-8299