# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **GORREPATI FAMILY VENTURE LIMITED PARTNERSHIP** § § § | |
| Plaintiff, § § | |
| V. § § | **CIVIL ACTION NO. 3:17-CV-02266** |
| **ZURICH NORTH AMERICA, ZURICH AMERICAN INSURANCE COMPANY AND NORTHERN INSURANCE COMPANY OF NEW YORK,** § § § § § § | |
| Defendants. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, GORREPATI FAMILY VENTURE LIMITED PARTNERSHIP ("Plaintiff"), and Defendants, ZURICH NORTH AMERICA, ZURICH AMERICAN INSURANCE COMPANY AND NORTHERN INSURANCE COMPANY OF NEW YORK ("Defendants"), hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, Plaintiff's claims against all Defendants are hereby dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By:  */s/ George H. Arnold*
    **George H. Arnold,** *Attorney-in-Charge*
    State Bar No.  00783559
    One Riverway, Suite 1400
    Houston, Texas 77056
    Telephone:  (713) 403-8210
    Facsimile:  (713) 403-8299
    *Email:*  garnold@thompsoncoe.com

OF COUNSEL:

Rhonda J. Thompson
Thompson, Coe, Cousins & Irons, L.L.P.
State Bar No. 24029862
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
**ATTORNEYS FOR DEFENDANTS ZURICH NORTH AMERICA, ZURICH AMERICAN INSURANCE COMPANY AND NORTHERN INSURANCE COMPANY OF NEW YORK**

CARNAHAN THOMAS

By:  */s/ Scott M. Keller*
    **Michael S. Carnahan**
    State Bar No. 03825700
    1190 N. Carroll Avenue
    South Lake, TX 76092
    *Email: mcarnahan@carnahanthomas.com*

    **Scott M. Keller**
    State Bar No. 11198350
    LAW OFFICES OF SCOTT M. KELLER
    3890 W. Northwest Highway, Suite 650
    Dallas, TX 75220
    Telephone: (214) 741-2963
    Facsimile: (214) 741-2959
    *Email: scottmkeller@sbcglobal.net*

**ATTORNEYS FOR PLAINTIFF GORREPATI FAMILY VENTURE LIMITED PARTNERSHIP**

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on 8th day of January, 2018, a true and correct copy of this instrument was served on all counsel of record by the Court's CM/ECF system, in accordance with the Federal Rules of Civil Procedure and all applicable Local Rules, as follows:

Michael S. Carnahan
1190 N. Carroll Avenue
South Lake, TX  76092
mcarnahan@carnahanthomas.com

Scott M. Keller
Law Offices of Scott M. Keller
3890 W. Northwest Highway, Suite 650
Dallas, TX 75220
scottkeller@sbcglobal.net

*Attorneys for Plaintiff*

              */s/ George H. Arnold*
              GEORGE ARNOLD